UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

versus                                                                              CRIMINAL NO: 3:10CR00104-004

JO A. FRANCIS

## FINAL ORDER OF FORFEITURE

**WHEREAS**, on June 20, 2012, this Court entered an Order of Forfeiture As To Certain Substitute Property of Defendant (Docket Entry #529) as to Jo A. Francis, ordering the forfeiture of her interest in her 2007 Mercedes Benz 4 Door Sedan, E350, VIN# WDBUF56X07B102588, license plate number ADU400; and

**WHEREAS**, on October 17, 2012, Daimler Trust dba Mercedes Benz Financial Services put the United States on notice that it held a lien for the 2007 Mercedes Benz 4 Door Sedan, E350, VIN# WDBUF56X07B102588, license plate number ADU400; and

**WHEREAS,** on December 17, 2012, Daimler Trust dba Mercedes Benz Financial Services provided the United States with an updated payoff calculated through December 17, 2012 in the amount of One Thousand Thirty-Four Dollars and 64/100 ($1,034.64); and

**WHEREAS**, the United States, in accordance with law, published notice of the forfeiture on the official government internet site (www.forfeiture.gov) for at least 30 consecutive days beginning on October 18, 2012 and ending on November 16, 2012 (Government Exhibit A). Said published notices advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property pursuant to 21 U.S.C. § 853(n)(1); and

USM

**WHEREAS**, with the exception of Daimler Trust dba Mercedes Benz Financial Services' claim, no other third party has made a claim to or declared any interest in the above described forfeited property; and

**WHEREAS**, upon entry of a Final Order of Forfeiture forfeiting the 2007 Mercedes Benz 4 Door Sedan, E350, VIN# WDBUF56X07B102588, license plate number ADU400 to the United States, the United States consents to payment to Daimler Trust dba Mercedes Benz Financial Services from the proceeds of the sale, after payment of outstanding expenses incurred by the United States Marshals Service, or its agent(s), in connection with its custody and sale of the vehicle over to lien holder Daimler Trust dba Mercedes Benz Financial Services, and forward to P. O. Box 5209, Carol Stream, IL 60197-5209, the sum of One Thousand Thirty-Four Dollars and 64/100 ($1,034.64), in full satisfaction of their Promissory Note; and

**WHEREAS**, the payment to Daimler Trust dba Mercedes Benz Financial Services shall be in full settlement and satisfaction of all liens and claims by Daimler Trust dba Mercedes Benz Financial Services to the 2007 Mercedes Benz 4 Door Sedan, E350, VIN# WDBUF56X07B102588, license plate number ADU400 and all claims resulting from the incidents or circumstances giving rise to the seizure, detention, and forfeiture of the 2007 Mercedes Benz 4 Door Sedan, E350, VIN# WDBUF56X07B102588, license plate number ADU400;

**IT IS HEREBY ORDERED, ADJUDGED and DECREED:**

That full right, title and interest in the 2007 Mercedes Benz 4 Door Sedan, E350, VIN# WDBUF56X07B102588, license plate number ADU400 in the name of Joanne Francis is hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of in accordance with law.

**IT IS FURTHER HEREBY ORDERED** that the upon the sale to the vehicle, and after payment of outstanding expenses incurred by the United States Marshals Service, or its agent(s), in connection with its custody and sale of the vehicle, the United States Marshal shall pay to Daimler Trust dba Mercedes Benz Financial Services, the sum of One Thousand Thirty-Four Dollars and 64/100 ($1,034.64), in full satisfaction of their Promissory Note.

SO ORDERED this 19th day of December, 2012 at Baton Rouge, Louisiana.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE